James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>LOOMIS & SORIA INC., a California corporation; FRANK JAMES LOOMIS, an individual; and DOES 1-10, <br><br>Defendants. | Case No.: C-04-3242 CRB <br><br> NOTICE OF SUBSTITUTION OF ATTORNEY |

Plaintiffs EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the

BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST

FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST

FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-3242 CRB]

1  NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING
2  TRUST FUND FOR NORTHERN CALIFORNIA, hereby substitute as their attorney:

    Ronald L. Richman, Esq. (SBN 139189)
    Bullivant Houser Bailey, P.C.
    601 California Street, Suite 1800
    San Francisco, California 94108-2823
    Telephone No.   (415) 352-2700
    Facsimile No.   (415) 352-2701
    E-Mail:         Ron.Richman@bullivant.com

in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington, Stanton, Kay & Watson, LLP.

**NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

DATED: January 24, 2007

Ronald L. Richman
BULLIVANT HOUSER BAILEY, P.C.

By: _____
    Ronald L. Richman

**FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

DATED: January 5, 2007

James P. Watson
Bruce K. Leigh
Anne Bevington
STANTON, KAY & WATSON, LLP

By: _____
    Anne Bevington

**PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

DATED: January 29, 2007

EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

March 21, 2007

By: _Edward Smith_
Name: Edward Smith
Title: Fund manager
Authorized Representative

F:\CASES\8000\8000.194 Loomis & Soria\Pleadings\SUBSTITUTION OF ATTORNEY.doc

-2-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-3242 CRB]